AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.

Desiree Daigle

*Defendant(s)*

Case No. 18-mj- 2567-MBB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 26 - November 14, 2018 in the county of Essex in the District of Massachusetts, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 2251 (a) and (e) | sexual exploitation of children, on a date between on or about October 26, 2018 and November 14, 2018 |

This criminal complaint is based on these facts:

Please see the affidavit of FBI Special Agent Sarah L. Wheeldon, which is attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Sarah L. Wheeldon, Special Agent, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/16/2018

*Judge's signature*

City and state: Boston, MA

Hon. Marianne B. Bowler, U.S. Magistrate Judge

*Printed name and title*

Case 1:18-cr-10472-FDS Document 1 Filed 11/16/18 Page 2 of 2

